UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 25, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| DEANDRE PROVIDENCE, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C § 922(g)(1)<br>(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)<br><br>(UNDER SEAL) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 14, 2021, within the District of Columbia, **DEANDRE PROVIDENCE** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2013-CF2-002410 and 2016-CF2-019881, and did unlawfully and knowingly receive and possess a firearm, and did unlawfully and knowingly receive and possess

ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(l))

A TRUE BILL:

FOREPERSON.

Channing D. Phillips/GPR
Attorney of the United States in
and for the District of Columbia.

2